TO THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, ███████████████████

CONNECTICUT, AND THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, GREETINGS:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of ███████████ (Inmate No. ███████ ) now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, in connection with the next Grand Jury may have the said ████████████ (Inmate No. ██████ at the United States Courthouse, Bridgeport, Connecticut, at 9:30 a.m. on ██████████ 2019, or from time to time thereafter as required, and immediately thereafter the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said ██████████████ Inmate No. ████████ to the Warden, █████████████████████████ Connecticut under safe and secure conduct. Furthermore, this writ is sealed except that a copy of the writ may be presented to the United States Marshal Service and the Warden of the ██████████ ████████████.

ROBIN D. TABORA
CLERK, U.S. DISTRICT COURT

_____
CLERK
UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at Bridgeport, Connecticut,
this 15 th day of October, 2019.

_____
WILLIAM I. GARFINKEL
United States Magistrate Judge

True Copy
ATTEST:
ROBIN D. TABORA
Clerk/U.S. District Court

By_____
Deputy Clerk